Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 4**

AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE

Plaintiff,

v.

DEPARTMENT OF COMMERCE, *et al.*
Defendants.

**SUMMONS**  1:25-cv-00091

**TO:**   The Above-Named Defendant: Department of Commerce

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

/s/ Samantha Sewall

Signature of Plaintiff's Attorney

Samantha Sewall
1700 M Street, NW
Washington, DC 20036-4504
(202) 955-8500
SSewall@gibsondunn.com

May 16, 2025

Date

*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 4**

AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE

Plaintiff,

v.

DEPARTMENT OF COMMERCE, *et al.*

Defendants.

**SUMMONS**  1:25-cv-00091

**TO:**   The Above-Named Defendant: Howard Lutnick

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

/s/ Samantha Sewall
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of Plaintiff's Attorney

Samantha Sewall
1700 M Street, NW
Washington, DC 20036-4504
(202) 955-8500
SSewall@gibsondunn.com

May 16, 2025
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Date

*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**         FORM 4

AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE

                    Plaintiff,

v.

DEPARTMENT OF COMMERCE, *et al.*

                    Defendants.

**SUMMONS**  1:25-cv-00091

**TO:**   The Above-Named Defendant: Department of Homeland Security

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court

                                        Name, Address, Telephone Number and
                                        E-mail Address of Plaintiff's Attorney

/s/ Samantha Sewall
_____           Samantha Sewall
Signature of Plaintiff's Attorney          1700 M Street, NW
                                           Washington, DC 20036-4504
                                           (202) 955-8500
                                           SSewall@gibsondunn.com
May 16, 2025
_____
            Date

*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 4

---

AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE

                                    Plaintiff,

v.

DEPARTMENT OF COMMERCE, *et al.*

                                    Defendants.

---

**SUMMONS**  1:25-cv-00091

**TO:**    The Above-Named Defendant: Kristi Noem

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court

                                    Name, Address, Telephone Number and
                                    E-mail Address of Plaintiff's Attorney

 /s/ Samantha Sewall
_____          Samantha Sewall
Signature of Plaintiff's Attorney          1700 M Street, NW
                                    Washington, DC 20036-4504
                                    (202) 955-8500
                                    SSewall@gibsondunn.com
 May 16, 2025
_____
            Date

*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**        **FORM 4**

AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE

Plaintiff,

v.

DEPARTMENT OF COMMERCE, *et al.*

Defendants.

**SUMMONS**   1:25-cv-00091

**TO:**   The Above-Named Defendant: Department of the Treasury

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

 /s/ Samantha Sewall
_____
Signature of Plaintiff's Attorney

Samantha Sewall
1700 M Street, NW
Washington, DC 20036-4504
(202) 955-8500
SSewall@gibsondunn.com

 May 16, 2025
_____
          Date

*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 4**

| |
|---|
| AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE |
| Plaintiff, |
| v. |
| DEPARTMENT OF COMMERCE, *et al.* |
| Defendants. |

**SUMMONS**  1:25-cv-00091

**TO:**    The Above-Named Defendant: Scott Bessent

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

/s/ Samantha Sewall
_____
Signature of Plaintiff's Attorney

Samantha Sewall
1700 M Street, NW
Washington, DC 20036-4504
(202) 955-8500
SSewall@gibsondunn.com

May 16, 2025
_____
Date

*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 4

AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE

Plaintiff,

v.

DEPARTMENT OF COMMERCE, *et al.*

Defendants.

**SUMMONS**   1:25-cv-00091

**TO:**   The Above-Named Defendant: United States Customs and Border Protection

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

/s/ Samantha Sewall

Signature of Plaintiff's Attorney

Samantha Sewall
1700 M Street, NW
Washington, DC 20036-4504
(202) 955-8500
SSewall@gibsondunn.com

May 16, 2025

Date

\*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 4

AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE

Plaintiff,

v.

DEPARTMENT OF COMMERCE, *et al.*

Defendants.

**SUMMONS**   1:25-cv-00091

**TO:**   The Above-Named Defendant: Pete R. Flores

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

 /s/ Samantha Sewall
_____
Signature of Plaintiff's Attorney

Samantha Sewall
1700 M Street, NW
Washington, DC 20036-4504
(202) 955-8500
SSewall@gibsondunn.com

 May 16, 2025
_____
          Date

*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 4**

| |
|---|
| AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF COMMERCE, *et al.*<br><br>Defendants. |

**S U M M O N S**    1:25-cv-00091

**TO:**    The Above-Named Defendant: United States

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

/s/ Samantha Sewall
_____
Signature of Plaintiff's Attorney

Samantha Sewall
1700 M Street, NW
Washington, DC 20036-4504
(202) 955-8500
SSewall@gibsondunn.com

May 16, 2025
_____
           Date

\*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)