## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AXLE OF DEARBORN, INC. d/b/a DETROIT AXLE,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF COMMERCE; HOWARD LUTNICK, *in his official capacity as Secretary of Commerce*; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*; DEPARTMENT OF THE TREASURY; SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, *in his official capacity as Acting Commissioner for U.S. Customs and Border Protection*; and the UNITED STATES,<br><br>*Defendants.* | Case No. 1:25-cv-00091 |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for a Preliminary Injunction and Expedited Partial Summary Judgement, May 21, 2025, ECF No. __, Defendants' response thereto, _____ __, 2025, ECF No.___, Plaintiff's reply, June __, 2025, ECF No. __, and all other pertinent papers, and upon a determination that Plaintiff has shown that it is entitled to relief as a matter of law, it is hereby **ORDERED** that Plaintiff's Motion for Expedited Partial Summary Judgment is **GRANTED.** Plaintiff is entitled to injunctive relief because it has demonstrated that the elimination of the de minimis exemption was unlawful, is causing Plaintiff irreparable harm for which it has no adequate remedy at law, and the balance of equities and public interest favor injunctive relief.

The actions of Defendants Department of Commerce, Howard Lutnick, Department of Homeland Security, Kristi Noem, Department of the Treasury, Scott Bessent, United States Customs and Border Protection, Pete Flores, the United States, and all others acting in concert with them to implement Executive Orders 14194, 14195, 14200, and 14256 insofar as those Orders purport to eliminate, or take steps to eliminate, the de minimis exemption provided by 19 U.S.C. § 1321(a)(2)(C) are hereby vacated and declared unlawful, and Defendants and those acting in concert with them are enjoined from taking any steps to impose tariffs on imports that are eligible for the de minimis exemption.

Plaintiff also is entitled to a refund of unlawfully collected duties. Plaintiff and Defendants shall meet and confer regarding the amount of unlawfully collected duties owed to Plaintiff and shall file a joint status report on June __, 2025 setting forth their positions.

**SO ORDERED.**

/s/_____
_____, Judge

/s/_____
_____, Judge

/s/_____
_____, Judge