# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AXLE OF DEARBORN, INC. d/b/a DETROIT AXLE, <br><br>*Plaintiff*, <br><br>v. <br><br>DEPARTMENT OF COMMERCE; HOWARD LUTNICK, *in his official capacity as Secretary of Commerce*; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*; DEPARTMENT OF THE TREASURY; SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, *in his official capacity as Acting Commissioner for U.S. Customs and Border Protection*; and the UNITED STATES, <br><br>*Defendants.* | Case No. 1:25-cv-00091 <br><br>**MOTION FOR EXPEDITED BRIEFING AND HEARING SCHEDULE** |

## MOTION

Plaintiff Detroit Axle respectfully requests expedited consideration of Plaintiff's Motion for Preliminary Injunction and Expedited Partial Summary Judgment, ECF No. 9, pursuant to CIT Rule 3(g) for good cause shown—namely, that Plaintiff is suffering serious irreparable harm from Defendants' actions and is likely to close major facilities and lay off hundreds of workers within the next month if it does not receive prompt relief. To that end, Plaintiff and the Government have conferred and agreed upon the following briefing schedule: The Government's opposition will be due by June 4 and Plaintiff's reply will be due by June 9. This briefing schedule is consistent with the Court's treatment of similar cases. *See V.O.S. Selections, Inc. v. Trump*, 1:25-cv-00066, Order, ECF No. 13 (C.I.T. Apr. 22, 2025) (providing the government one week to respond to Plaintiffs'

1

Motion for Preliminary Injunction and/or Summary Judgement, and a further week for Plaintiffs to reply).

Plaintiff also respectfully requests that the Court set Plaintiff's Motion for Preliminary Injunction and Expedited Partial Summary Judgment for a hearing on June 10, 11, 16, 17, or at the Court's earliest convenience, and that the Court rule on Plaintiff's Motion by June 27, when Plaintiff expects its pre-tariff inventory will be running critically low and it will be subjected to even more severe irreparable harm as it is forced to wind down U.S. operations, as explained in Plaintiff's Motion and the accompanying declaration.

May 21, 2025

Respectfully submitted,

*/s/ Thomas H. Dupree Jr.*

Thomas H. Dupree Jr.
Samantha Sewall
Nick Harper
Connor P. Mui
Luke J.P. Wearden
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
TDupree@gibsondunn.com
SSewall@gibsondunn.com
NHarper@gibsondunn.com
CMui@gibsondunn.com
LWearden@gibsondunn.com

*Counsel for Plaintiff Detroit Axle*