# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF COMMERCE; HOWARD LUTNICK, *in his official capacity as Secretary of Commerce*; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*; DEPARTMENT OF THE TREASURY; SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, *in his official capacity as Acting Commissioner for U.S. Customs and Border Protection*; and the UNITED STATES,<br><br>*Defendants.* | Case No. 1:25-cv-00091 |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Reconsideration, June 6, 2025, ECF 18, and all other pertinent papers, it is hereby **ORDERED** that Plaintiff's Motion for Reconsideration is **GRANTED.**

Defendants are directed to file a combined response to Plaintiff's Motion for Preliminary Injunction and Expedited Partial Summary Judgement, May 21, 2025, ECF 9, by no later than 11:59 PM EDT on June 16, 2025, and Plaintiff is directed to file a combined reply to Defendants' responsive filing no later than 11:59 PM EDT on June 20, 2025.  A hearing on the Motion is scheduled for _____ , 2025.

**SO ORDERED.**

1

2

/s/
Katzmann, Judge

/s/
Reif, Judge

/s/
Restani, Judge