UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE
THE HONORABLE TIMOTHY M. REIF, JUDGE
THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF COMMERCE; ) <br> HOWARD LUTNICK, in his official capacity as Secretary ) <br> of Commerce; DEPARTMENT OF HOMELAND ) <br> SECURITY; KRISTI NOEM, in her official capacity as ) <br> Secretary of Homeland Security; DEPARTMENT OF THE ) <br> TREASURY; SCOTT BESSENT, in his official capacity ) <br> as Secretary of the Treasury; UNITED STATES ) <br> CUSTOMS AND BORDER PROTECTION; PETE R. ) <br> FLORES, in his official capacity as Acting Commissioner ) <br> for U.S. Customs and Border Protection; and the ) <br> UNITED STATES, ) <br> ) <br> Defendants. ) <br> ) | Court No. 25-cv-00091 |

**ORDER**

Upon consideration of defendants' emergency motion for an extension of time to file the confidential version of defendants' motion to dismiss, cross-motion for summary judgment, and response in opposition to plaintiff's motion for preliminary injunction and partial summary judgment (collectively, "brief"), plaintiff's response thereto, and upon consideration of all other papers, it is hereby

ORDERED that defendants' motion is GRANTED; and it is further

2

      ORDERED that the time for defendants to file the confidential version of its brief is hereby extended five (5) days, from June 20, 2025, up through and including, June 25, 2025.

Dated:_____
      New York, New York                         JUDGES

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE GARY S. KATZMANN, JUDGE
          THE HONORABLE TIMOTHY M. REIF, JUDGE
          THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF COMMERCE;<br>HOWARD LUTNICK, in his official capacity as Secretary of Commerce; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and the UNITED STATES,<br><br>Defendants. | Court No. 25-cv-00091 |

**DEFENDANTS' EMERGENCY MOTION FOR AN EXTENSION
OF TIME TO FILE THE CONFIDENTIAL VERSION OF ITS BRIEF**

Pursuant to Rules 6(b)(1)(A) and 7(b) of the Rules of the United States Court of International Trade (USCIT R.), defendants respectfully request an extension of time of five (5) days to file the confidential version of its motion to dismiss, cross-motion for summary judgment, and response in opposition to plaintiff's motion for preliminary injunction and partial summary judgment (collectively, "brief"). Defendants' brief is due today, June 20, 2025, and we have filed the public version of our brief. ECF 21. However, we are unable to file the confidential version of our brief at this time, and therefore, request an additional five (5) days to

file the confidential version.  This is our first request for an extension of time for this purpose.  In accordance with USCIT R. 7(b)(1)(C) and 7(f), on June 20, 2025, undersigned counsel contacted counsel for the plaintiff regarding this motion, but counsel had yet to state its position on this motion prior to filing.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act.  USCIT Rule 6(b)(1)(A).  "Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule."  *POSCO, et al. v. United States*, Ct. Int'l Trade No. 16-00225, April 21, 2017 order (Docket entry no. 50) (citing *High Point Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)); and *United States v. Horizon Prods. Int'l, Inc.*, 34 F. Supp. 3d 1365, 1367 (2014) (diligence is the "primary consideration" under the general good cause standard applicable to USCIT Rules 6(b) and 16(b))).

Pursuant to USCIT R. 6(b)(1), good cause exists for this motion.  We have filed the public version of our brief by its filing deadline of June 20, 2025.  ECF 21.  But when attempting to file the confidential version of the same brief in CM/ECF, the following error message was displayed: "You are not authorized to seal an entry or document for any of the parties in this case."  We note that the confidential version of our brief includes the business confidential information of plaintiff on page 39 of the brief, and also on certain pages of Exhibit A to the brief, which is a declaration from U.S. Customs and Border Protection (CBP).  We have shared a copy of the confidential version with plaintiff.

We will confer with this action's case manager on Monday morning, June 23, 2025, to ascertain what is required to file the confidential version. To the extent a protective order may be required to file the confidential version, we request until Wednesday, June 25, 2025 so that a protective order can be filed and entered to allow for the filing of the confidential version of our brief.

For these reasons, we respectfully request that the Court extend defendants' time to file the confidential version of its brief.

                                        Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

                                        ERIC J. HAMILTON
                                        Deputy Assistant Attorney General

                                        PATRICIA M. McCARTHY
                                        Director

By:                             /s/ Justin R. Miller
                                        JUSTIN R. MILLER
                                        Attorney-In-Charge
                                        International Trade Field Office

                                        /s/ Liridona Sinani
                                        LIRIDONA SINANI
                                        ALEXANDER VANDERWEIDE
                                        Senior Trial Counsel
                                        U.S. Department of Justice
                                        Civil Division - Commercial Litigation Branch
                                        P.O. Box 480
                                        Ben Franklin Station
                                        Washington, D.C. 20044
                                        Tel: (202) 353-2188
                                        Fax : (202) 307-0972

Dated: June 20, 2025