UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE
THE HONORABLE TIMOTHY M. REIF, JUDGE
THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF COMMERCE;<br>HOWARD LUTNICK, in his official capacity as Secretary of Commerce; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and the UNITED STATES,<br><br>Defendants. | Court No. 25-cv-00091 |

**DEFENDANTS' CONSENT MOTION FOR
ENTRY OF A STIPULATED PROTECTIVE ORDER
AND FOR LEAVE TO FILE AN AMENDED PUBLIC VERSION OF ITS BRIEF**

Defendants, (the Government) respectfully request that the Court enter a stipulated protective order relating to business confidential information relevant to this case. More specifically, pursuant to the provisions of Administrative Order 02-01, and in accord with this stipulated protective order, the parties may produce certain confidential commercial information. Such business confidential information is contained in the confidential version of the Government's motion to dismiss, cross-motion for summary judgment, response in opposition to plaintiff's motion for preliminary injunction and partial summary judgment, and included declaration (collectively, "brief"). A proposed stipulated protective order is attached to this motion.

The Government also respectfully requests leave to file an amended public version of its brief to remove unnecessary redactions. When conferring with plaintiff's counsel regarding the stipulated protective order, plaintiff's counsel informed us that plaintiff does not object to the Government publicly releasing information the Government had previously redacted in the public version of its brief. Accordingly, while the Government seeks the entry of a protective order to protect certain personally identifiable information, such as the importer number, for example, a majority of the information it previously redacted in the public version of its brief need no longer be redacted.

In accordance with USCIT R. 7(b)(1)(C), on June 23 and 24, 2025, counsel for the Government conferred with counsel for the plaintiff, Nick Harper, regarding this motion. Mr. Harper indicated that plaintiff consents to this motion, and has provided full signatures for the attached proposed stipulated protective order.

Accordingly, to allow this confidential material to be exchanged and appropriately filed with the Court as needed, the Government respectfully requests that the Court enter the stipulated protective order, attached here as Attachment A. Further, to allow the release of information that no longer needs to remain redacted, the Government respectfully requests that the Court grant it leave to file an amended public version of its brief, and issue the proposed order, attached here as Attachment B.

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General

    ERIC J. HAMILTON
    Deputy Assistant Attorney General

    PATRICIA M. McCARTHY
    Director

By:  /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Liridona Sinani
LIRIDONA SINANI
ALEXANDER VANDERWEIDE
Senior Trial Counsel
U.S. Department of Justice
Civil Division - Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20044
Tel: (202) 353-2188
Fax : (202) 307-0972

Dated: June 24, 2025