UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE
THE HONORABLE TIMOTHY M. REIF, JUDGE
THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF COMMERCE; ) <br> HOWARD LUTNICK, in his official capacity as Secretary ) <br> of Commerce; DEPARTMENT OF HOMELAND ) <br> SECURITY; KRISTI NOEM, in her official capacity as ) <br> Secretary of Homeland Security; DEPARTMENT OF THE ) <br> TREASURY; SCOTT BESSENT, in his official capacity ) <br> as Secretary of the Treasury; UNITED STATES ) <br> CUSTOMS AND BORDER PROTECTION; PETE R. ) <br> FLORES, in his official capacity as Acting Commissioner ) <br> for U.S. Customs and Border Protection; and the ) <br> UNITED STATES, ) <br> ) <br> Defendants. ) <br> ) | Court No. 25-cv-00091 |

**<u>ORDER</u>**

Upon consideration of defendants' consent motion for entry of a stipulated protective order and for leave to file an amended public version of its brief, plaintiff's response thereto, and upon consideration of all other papers, it is hereby

ORDERED that defendants' motion is GRANTED; and it is further

ORDERED that the Court will separately enter the stipulated protective order; and it is further

ORDERED that defendants may file an amended public version of its brief, within two business days of this order, to remove any unnecessary redactions.

Dated: June 25, 2025                                                /s/ by the Panel
                                                                    JUDGES