IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF COMMERCE; HOWARD LUTNICK, *in his official capacity as Secretary of Commerce*; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*; DEPARTMENT OF THE TREASURY; SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, *in his official capacity as Acting Commissioner for U.S. Customs and Border Protection*; and the UNITED STATES,<br><br>*Defendants*. | Case No. 1:25-cv-00091 |

**MOTION FOR EXPEDITED HEARING**

    Pursuant to CIT Rule 3(g), Plaintiff Detroit Axle respectfully requests an expedited hearing on Plaintiff's Motion for Preliminary Injunction and Expedited Partial Summary Judgment, ECF 9, and the related papers, ECF 21, 27, 28 and 29.  Detroit Axle is suffering serious irreparable harm from Defendants' actions.  It has already laid off 10 employees, has noticed the termination of about 100 additional employees, and is in danger of going out of business.  Detroit Axle filed its reply brief on June 26, 2025, 11 days before it was due, in an effort to secure a prompt ruling that will redress its ongoing injuries.  In the event the Court does not order a hearing, Detroit Axle respectfully requests an expedited decision.  In lieu of filing an opposition to this motion, Defendants have asked Plaintiff to represent that they do not consent to this motion for an expedited hearing.

1

June 26, 2025                          Respectfully submitted,

<u>/s/ Thomas H. Dupree Jr.</u>

Thomas H. Dupree Jr.
Samantha Sewall
Nick Harper
Connor P. Mui
Luke J.P. Wearden
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
TDupree@gibsondunn.com
SSewall@gibsondunn.com
NHarper@gibsondunn.com
CMui@gibsondunn.com
LWearden@gibsondunn.com

*Counsel for Plaintiff Detroit Axle*