UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE GARY S. KATZMANN, JUDGE
          THE HONORABLE TIMOTHY M. REIF, JUDGE
          THE HONORABLE JANE A. RESTANI, JUDGE

|  |  |
|---|---|
| AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in his official capacity as Secretary of Commerce; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and the UNITED STATES,<br><br>Defendants. | Court No. 25-cv-00091 |

**DEFENDANTS' NOTICE**

Pursuant to the Court's July 2, 2025 order, ECF No. 31, defendants respectfully notify the Court that they will not seek leave to present anything other than oral presentation by counsel at the oral argument scheduled for July 10, 2025.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

2

        By:  PATRICIA M. McCARTHY
            Director

            /s/ Justin R. Miller
            JUSTIN R. MILLER
            Attorney-In-Charge
            International Trade Field Office

            /s/ Liridona Sinani
            LIRIDONA SINANI
            ALEXANDER VANDERWEIDE
            Senior Trial Counsel
            U.S. Department of Justice
            Civil Division
            Commercial Litigation Branch
            P.O. Box 480
            Ben Franklin Station
            Washington, D.C.  20044
            Tel: (202) 353-2188
            Fax : (202) 307-0972

            *Attorneys for Defendants*

Dated: July 3, 2025