UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE GARY S. KATZMANN, JUDGE
          THE HONORABLE TIMOTHY M. REIF, JUDGE
          THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF COMMERCE; ) <br> HOWARD LUTNICK, in his official capacity as Secretary ) <br> of Commerce; DEPARTMENT OF HOMELAND ) <br> SECURITY; KRISTI NOEM, in her official capacity as ) <br> Secretary of Homeland Security; DEPARTMENT OF THE ) <br> TREASURY; SCOTT BESSENT, in his official capacity ) <br> as Secretary of the Treasury; UNITED STATES ) <br> CUSTOMS AND BORDER PROTECTION; PETE R. ) <br> FLORES, in his official capacity as Acting Commissioner ) <br> for U.S. Customs and Border Protection; and the ) <br> UNITED STATES, ) <br> ) <br> Defendants. ) <br> ) | Court No. 25-cv-00091 |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, Sarah E. Welch and Justin R. Miller, hereby enter their appearance for defendants in this action and request that all papers be served on them. Ms. Welch will present the oral argument for defendants on July 10, 2025. The lead counsel of record for defendants who is responsible for this litigation is Liridona Sinani.

.

|     | Respectfully submitted, |
|-----|-------------------------|
|     | BRETT A. SHUMATE<br>Assistant Attorney General |
|     | ERIC J. HAMILTON<br>Deputy Assistant Attorney General |
| By: | /s/ Sarah E. Welch<br>SARAH E. WELCH<br>Counsel to the Assistant Attorney General |
|     | /s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office |
|     | LIRIDONA SINANI<br>ALEXANDER VANDERWEIDE<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division - Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Tel: (202) 353-2188<br>Fax : (202) 307-0972<br>*Attorneys for Defendants* |

Dated: July 7, 2025