# United States Court of International Trade
## Honorable Gary S. Katzmann, Timothy M. Reif and Jane A. Restani

## Appearance Sheet

Docket No. 25-00091
Oral Argument
July 10, 2025
Courtroom 1
3:30 p.m.
Jurisdiction 1581(i)

Axle of Dearborn, Inc.,

Plaintiff,

v.

U.S. Department of Commerce et al

Defendants.

---

## Counsel

**Plaintiff**
**Thomas H. Dupree , Jr.**
**Denis Nicholas Harper**
**Connor P. Mui**
**Luke J.P. Wearden**
Gibson, Dunn & Crutcher, LLP


**Defendant**
**SarahWelch**
**Justin R. Miller**
**Alexander J. Vanderweide**
U.S. Department of Justice