IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF COMMERCE; HOWARD LUTNICK, *in his official capacity as Secretary of Commerce*; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*; DEPARTMENT OF THE TREASURY; SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, *in his official capacity as Acting Commissioner for U.S. Customs and Border Protection*; and the UNITED STATES,<br><br>*Defendants*. | Case No. 1:25-cv-00091 |

**DECLARATION OF MIKE MUSHEINESH
IN SUPPORT OF PLAINTIFF'S MOTION TO DISSOLVE THE STAY AND
<u>RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

Pursuant to 28 U.S.C. § 1746, I, Mike Musheinesh, declare as follows:

1. I submit this declaration in support of Plaintiff's Motion to Dissolve the Stay and Renewed Motion for Partial Summary Judgment.

2. I am over the age of eighteen and submit this declaration from personal knowledge and based on information reviewed or obtained in the course of my responsibilities.

3. I am the Chief Executive Officer of Plaintiff Detroit Axle, a role that I have held since 2012. In that capacity, I am responsible for directing company strategy and for oversight of the company's contracting, procurement, and day-to-day operations. I am familiar with all aspects

1

of Detroit Axle's operations and with the impact that the challenged tariffs are having and will have on the company.

4. Since my last declaration in June, Detroit Axle has continued to suffer serious damage to our business as a result of the elimination of the de minimis exemption. Before, when de minimis treatment was available, Detroit Axle was able to ship auto parts worth less than $800 from its Mexico facility to U.S. customers without Detroit Axle or its customers needing to pay any tariffs. But since the elimination of the exemption for Chinese products (and now, with the elimination of the exemption globally), Detroit Axle has been forced to pay 72.5% tariffs on all de-minimis-eligible shipments from its Mexico facility to U.S. customers. Between May 2 and September 3, 2025, Detroit Axle has paid more than $19 million in tariffs on de-minimis-eligible shipments from its Mexico facility, compared to $0 for the equivalent period last year, when the de minimis exemption was still in place.

5. Over the last several months, it has turned out that Detroit Axle has been better equipped to weather the elimination of the de minimis exemption and increased tariffs than some of its competitors. This has meant that the company has retained some of the business that it thought it would lose and has not needed to lay off as many workers as previously predicted.

6. Nevertheless, Detroit Axle is still suffering significant harm from the elimination of the de minimis exemption. Most obviously, Detroit Axle has needed to pay significantly higher tariffs on goods from its Mexico facility—goods it otherwise would have shipped tariff-free to U.S. customers in de-minimis-eligible shipments. As mentioned, Detroit Axle has paid more than $19 million in tariffs on shipments from its Mexico facility that it would not have paid but for the elimination of the de minimis exemption. These costs have significantly reduced the company's

profits because, given the company's price-sensitive customers, Detroit Axle has not been able to raise prices to a level that would offset the increased costs of the tariffs.

7. Beyond these impacts on Detroit Axle's bottom line, the company also is suffering additional effects from the elimination of the de minimis exemption. To help defray the massive new tariff costs, Detroit Axle has been forced to raise prices for its customers (though not nearly enough to offset the tariffs). Higher prices lead to lost sales—some customers who would have bought parts from the company at the pre-tariff prices are no longer able or willing to make those purchases. And although the company has not had to shut down, sales have been lower than projected before the tariffs were announced. Moreover, because low prices have always been central to Detroit Axle's ethos and brand, the higher prices are harming our reputation with customers, who do not always understand that the tariffs are forcing Detroit Axle to raise prices.

8. Detroit Axle is unable to replace its Chinese suppliers in the near term. Now that the de minimis exemption has been eliminated worldwide, we would still face high tariff rates on our shipments even if we could find suppliers in other countries with similar prices and offerings. And there currently are not domestic suppliers capable of meeting Detroit Axle's needs in terms of price and product availability. Thus, the global elimination of the de minimis exemption has ensured that Detroit Axle will continue to face increased tariffs on otherwise de-minimis-eligible goods, which will continue to cause lower profits, lost sales, and harm to the company's reputation.

Executed on September 4, 2025

Detroit, Michigan

DocuSigned by:

*[signature]*
3D89F9182ACF45D...

Mike Musheinesh