# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF COMMERCE; HOWARD LUTNICK, *in his official capacity as Secretary of Commerce*; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*; DEPARTMENT OF THE TREASURY; SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner for U.S. Customs and Border Protection*; and the UNITED STATES,<br><br>*Defendants.* | Case No. 1:25-cv-00091 |

## LETTER CONCERNING FUTURE PROCEEDINGS

Today, in light of the Supreme Court's decision in *Learning Resources v. Trump*, 607 U.S. ---, 2026 WL 477534 (Feb. 20, 2026), Detroit Axle is filing motions respectfully requesting that this Court (1) dissolve the stay, if the stay has not dissolved by its own terms, given the Supreme Court's recent affirmance of the Federal Circuit's decision in *V.O.S. Selections, Inc. v. United States*, (2) grant leave to amend its complaint to update the factual allegations and challenge the new executive orders that have purported to rescind the de minimis exemption worldwide and have superseded the China-specific orders challenged in the initial complaint, and (3) grant Detroit Axle's renewed motion for partial summary judgment on Counts I and II of its amended complaint, which challenge the executive orders and agency actions rescinding the de minimis exemption.

Detroit Axle respectfully proposes that the Court address these motions as follows:

With respect to the motions to dissolve the stay (if necessary) and for leave to amend, counsel for the government has stated that the government takes no position on these motions. Accordingly, Detroit Axle respectfully requests that this Court immediately consider and grant these motions.

With respect to Detroit Axle's renewed motion for partial summary judgment, Detroit Axle respectfully requests that the Court consider this motion as soon as practicable given that the initial motion for partial summary judgment was fully briefed and argued before the Court in July 2025, and the company continues to suffer irreparable harm. If the Court decides that an additional hearing is necessary, Detroit Axle respectfully requests that the Court calendar such hearing as expeditiously as possible.

February 26, 2026                                   Respectfully submitted,

*/s/ Thomas H. Dupree Jr.*

Thomas H. Dupree Jr.
Samantha Sewall
Nick Harper
Connor P. Mui
Luke J.P. Wearden
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
TDupree@gibsondunn.com
SSewall@gibsondunn.com
NHarper@gibsondunn.com
CMui@gibsondunn.com
LWearden@gibsondunn.com

*Counsel for Plaintiff Detroit Axle*
