UNITED STATES COURT OF INTERNATIONAL TRADE

_____

| | | |
|---|---|---|
| AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE | : | |
| | : | |
| Plaintiff, | : | |
| | : | Court No. 25-00091 |
| v. | : | |
| | : | |
| DEPARTMENT OF COMMERCE, *ET AL*, | : | |
| | : | |
| Defendants. | : | |

_____

## <u>NOTICE OF SUBSTITUTION</u>

PLEASE TAKE NOTICE that Mathias Rabinovitch has been substituted as attorney of record for the United States, defendant in the above-captioned action, in place of Liridona Sinani, and requests that all papers in connection therewith be referred to his attention.  Ms. Sinani may be removed from the docket.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Justin R. Miller
Attorney-In-Charge
International Trade Field Office

/s/ Mathias Rabinovitch
MATHIAS RABINOVITCH
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-0484

Dated: March 17, 2026                         *Attorneys for Defendants*