## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE GARY S. KATZMANN, JUDGE
          THE HONORABLE TIMOTHY M. REIF, JUDGE
          THE HONORABLE JANE A. RESTANI, JUDGE

|  |  |
|---|---|
| AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE, )<br><br>Plaintiff, )<br><br>v. )<br><br>DEPARTMENT OF COMMERCE; )<br>HOWARD LUTNICK, in his official capacity as Secretary )<br>of Commerce; DEPARTMENT OF HOMELAND )<br>SECURITY; KRISTI NOEM, in her official capacity as )<br>Secretary of Homeland Security; DEPARTMENT OF THE )<br>TREASURY; SCOTT BESSENT, in his official capacity )<br>as Secretary of the Treasury; UNITED STATES )<br>CUSTOMS AND BORDER PROTECTION; PETE R. )<br>FLORES, in his official capacity as Acting Commissioner )<br>for U.S. Customs and Border Protection; and the )<br>UNITED STATES, )<br><br>Defendants. )<br> ) | Court No. 25-cv-00091 |

## **ORDER**

On consideration of defendant's Motion for an Extension of Time; upon other papers and proceedings had herein; and upon due deliberation, it is hereby

ORDERED that defendant's Motion for an Extension of Time is granted; and it is further

ORDERED that defendant shall file its response of not more than 14,000 words to Plaintiff's Renewed Motion for Partial Summary Judgment on or before Thursday, April 9, 2026.

ORDERED that plaintiff will file a reply of not more than 7,000 words in further support of its Renewed Motion for Partial Summary Judgment no later than April 23, 2026.

**SO ORDERED**.

_____
Judges

Dated: _____
      New York, New York

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE:    THE HONORABLE GARY S. KATZMANN, JUDGE
                    THE HONORABLE TIMOTHY M. REIF, JUDGE
                    THE HONORABLE JANE A. RESTANI, JUDGE

|  |  |  |
|---|---|---|
| AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE, | ) | |
| Plaintiff, | ) | |
| v. | ) | Court No. 25-cv-00091 |
| DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in his official capacity as Secretary of Commerce; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and the UNITED STATES, | ) | |
| Defendants. | ) | |

**MOTION FOR AN EXTENSION OF TIME
TO FILE RESPONSE TO PLAINTIFF'S RENEWED MOTION FOR
PARTIAL SUMMARY JUDGMENT**

Pursuant to Rules 1, 6, 7, and 56 of the Rules of the United States Court of International Trade (USCIT), defendant, the United States (the Government), respectfully requests that the Court extend the time by fourteen (14) days for the Government to file a response to Plaintiff's Renewed Motion for Partial Summary Judgment. The Government's responsive brief is currently due on or before March 26, 2026. ECF No. 54. The requested modification would extend this deadline through and including April 9, 2026. This is the Government's first request to extend this deadline.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act.  USCIT Rule 6(b)(1)(A).  Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule.  *See High Point Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)); *United States v. Horizon Prods. Int'l, Inc.*, 34 F. Supp. 3d 1365, 1367 (Ct. Int'l Trade 2014) (explaining that diligence is the "primary consideration" under the general good cause standard applicable to USCIT Rules 6(b) and 16(b)).

Good cause exists for granting our request for an extension.  Recently, defendants have had to substitute another attorney as lead counsel of record, due to an extended period of leave scheduled for the previous lead counsel.  The new lead counsel (Mr. Mathias Rabinovitch) filed his notice of appearance on March 17, 2026.  Although counsel for the Government have been diligently preparing a response to plaintiff's renewed motion for partial summary judgment, including the issues raised by the panel in its March 5, 2026 Order, additional time is needed for Mr. Rabinovitch to familiarize himself with the complex issues of the case and for counsel to finalize the response brief for filing with the Court.

Moreover, delay in our ability to complete the response can be ascribed to Mr. Rabinovitch's other work obligations, including other expedited matters before this Court, *see Camel Energy Inc. v. United States*, Court No. 25-00230 (Ct. Int'l Trade); *The State of Oregon, et al. v. Trump et al.*, Court No. 26-01472-3JP (Ct. Int'l Trade), requiring significant time and attention and have severely limited counsel's ability to reasonably meet the filing deadline. Other current obligations dividing undersigned counsel's time have included preparing and filing

2

a cross-motion for summary judgment in *Quantified Operations Limited, et al. v. United States*, Court No. 22-00178 (Ct. Int'l Trade); preparing for multiple depositions in *Takaokaya USA Inc. v. United States*, Court No. 24-00213 (Ct. Int'l Trade); preparing and drafting a cross-motion for summary judgment in *Topcon Positioning Systems, Inc. v. United States*, Court No. 14-00189 (Ct. Int'l Trade); and preparing and drafting a cross-motion for summary judgment *Kehoe Component Sales Inc. v. United States*, Court No. 19-00007 (Ct. Int'l Trade).

In addition, Mr. Vanderweide's other work obligations have also contributed to the need for additional time, including drafting a response brief in *BASF Corp. v. United States*, No. 2026-1056 (Fed. Cir.); responding to a complaint in *Voith US Inc. v. United* States, 24-00029 (Ct. Int'l Trade); responding to proposed statements of fact in *Netgear Inc. v. United States*, 22-00129 (Ct. Int'l Trade); and preparing for a reply brief in *Inspired Ventures LLC v. United States*, 24-00062 (Ct. Int'l Trade).

Accordingly, undersigned counsel respectfully requests additional time to respond to the renewed motion and issued raised by the Court, which includes coordinating and discussing the issues with agency counsel. The additional time requested takes into consideration the time required for internal review by the Department of Justice and the agency prior to filing the response with the Court.

On March 23, 2026, counsel for plaintiff, Nick Harper, Esq., of Gibson, Dunn and Crutcher LLP, stated plaintiff's position as follows: "We cannot agree to a two-week extension of the court-ordered deadline, but we would not object to a one-week extension if the government will agree not to oppose an extension of up to one week for our reply brief, should we seek one."

WHEREFORE, defendant respectfully requests that its motion be granted.

3

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Alexander Vanderweide
ALEXANDER VANDERWEIDE
Senior Trial Counsel

/s/ Mathias Rabinovitch
MATHIAS RABINOVITCH
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Suite 346
New York, New York 10278
(212) 264-0484
*Attorneys for Defendant*

Dated: March 23, 2026

4