## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:    THE HONORABLE GARY S. KATZMANN, JUDGE
THE HONORABLE TIMOTHY M. REIF, JUDGE
THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in his official capacity as Secretary of Commerce; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and the UNITED STATES, <br><br> Defendants. | Court No. 25-cv-00091 |

## <u>ORDER</u>

On consideration of defendant's motion to reschedule oral argument; upon other papers and proceedings had herein; and upon due deliberation, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that oral argument is rescheduled from June 17, 2026, at 1:00pm EDT to

_____.

**SO ORDERED**.

_____
Judges

Dated: _____
        New York, New York

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:    THE HONORABLE GARY S. KATZMANN, JUDGE
           THE HONORABLE TIMOTHY M. REIF, JUDGE
           THE HONORABLE JANE A. RESTANI, JUDGE

|  |  |  |
|---|---|---|
| AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 25-cv-00091 |
| | ) | |
| DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in his official capacity as Secretary of Commerce; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and the UNITED STATES, | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>MOTION TO RESCHEDULE ORAL ARGUMENT</u>

Pursuant to Rules 7 and 16 of the United States Court of International Trade (USCIT), defendant, the United States (the Government), respectfully requests that the Court reschedule oral argument from June 17, 2026, at 1:00pm EDT, to June 9th or 10th or any date after June 21st. The Court recently scheduled oral argument for June 17, 2026, at 1:00pm EDT. ECF No. 64. However, due to the unavailability of counsel on this date, the Government respectfully requests that oral argument be rescheduled.

"Motions to modify a schedule are governed by USCIT Rule 16(b)(4), which provides that '[a] schedule may be modified only for good cause and with the judge's consent.'"

*Shamrock Bldg. Materials, Inc. v. United States*, 540 F. Supp. 3d 1351, 1353 (Ct. Int'l Trade 2021).  "When assessing whether good cause has been shown, 'the primary consideration is whether the moving party can demonstrate diligence.'"  *Id.* (quoting *High Point Design LLC v. Buyers Direct, Inc.*, 730 F. 3d 1301, 1319 (Fed. Cir. 2013) (in turn citing *Kassner v. 2nd Ave. Delicatessen Inc.*, 496 F.3d 229, 244 (2d Cir. 2007) (in turn citing *Parker v. Columbia Pictures Indus.*, 204 F.3d 326, 339-40 (2d Cir. 2000)))).  "Rule 16(b), in allowing modifications of scheduling orders only for good cause, provides a trial court discretion to prevent prejudice or hardship to either side."  *Id.* (citing *Kassner*, 496 F.3d at 243-44).

We respectfully submit that this motion is being made reasonably in advance of the June 17th hearing date, and that good cause exists to reschedule the argument.  Mr. Eric Hamilton, Deputy Assistant Attorney General, will be conducting the argument on behalf of the Government.  Mr. Hamilton is unavailable on the June 17th hearing date due to pre-existing travel scheduled from June 11th to 21st.  Accordingly, undersigned counsel respectfully requests that oral argument be rescheduled to June 9th or 10th or any date after June 21st.

On June 1, 2026, counsel for plaintiff, Thomas H. Dupree Jr., of Gibson, Dunn and Crutcher LLP, stated that "Detroit Axle plans to file an opposition to the motion."

WHEREFORE, defendant respectfully requests that its motion be granted.

<div style="margin-left:40%">

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

By:    /s/ Eric J. Hamilton
ERIC J. HAMILTON
Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

</div>

CLAUDIA BURKE
Deputy Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

ALEXANDER VANDERWEIDE
Senior Trial Counsel

MATHIAS RABINOVITCH
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Suite 346
New York, New York 10278
(212) 264-0484
*Attorneys for Defendant*

Dated: June 1, 2026

3