**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| AXLE OF DEARBORN, INC. D/B/A DETROIT AXLE, <br><br> *Plaintiff*, <br><br> v. <br><br> DEPARTMENT OF COMMERCE; HOWARD LUTNICK, *in his official capacity as Secretary of Commerce*; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*; DEPARTMENT OF THE TREASURY; SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner for U.S. Customs and Border Protection*; and the UNITED STATES, <br><br> *Defendants.* | Case No. 1:25-cv-00091 |

**DETROIT AXLE'S OPPOSITION TO THE GOVERNMENT'S MOTION TO RESCHEDULE ORAL ARGUMENT**

Detroit Axle opposes the government's motion to reschedule the June 17 hearing to June 9, June 10, or any date after June 21. ECF 66. The government has not established good cause to reschedule a hearing that has been set by this Court since May 22. The government seeks to accommodate the travel schedule of a senior government attorney, but that lawyer only entered his appearance in this case this morning, and the government nowhere explains why one of the attorneys who have been litigating this case on the government's behalf for more than a year (including during the July 10, 2025 hearing) cannot represent it at the June 17 hearing.

The government's proposed alternatives are unworkable and would prejudice Detroit Axle. Undersigned counsel for Detroit Axle is not available for argument on June 9 or June 10 because

1

he has a long-scheduled summary judgment hearing in the U.S. District Court for the District of Minnesota on June 9.  And delaying the hearing until after June 21 would work a serious injustice to Detroit Axle, which filed this lawsuit more than a year ago and has done everything possible to obtain an expeditious resolution of its claims.  Moreover, because Congress has now set an expiration date for the de minimis exemption, the window for Detroit Axle to obtain forward-looking relief is shrinking by the day.

The Court should deny the government's motion to reschedule the June 17 hearing.

June 1, 2026                                                     Respectfully submitted,


/s/ Thomas H. Dupree Jr.

Thomas H. Dupree Jr.
Samantha Sewall
Nick Harper
Connor P. Mui
Luke J.P. Wearden
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
TDupree@gibsondunn.com
SSewall@gibsondunn.com
NHarper@gibsondunn.com
CMui@gibsondunn.com
LWearden@gibsondunn.com


Counsel for Plaintiff Detroit Axle

2