# GIBSON DUNN

Thomas H. Dupree Jr.
T: +1 202.955.8547
M: +1 202.701.9944
tdupree@gibsondunn.com

June 26, 2026

VIA CM/ECF

Judge Gary S. Katzmann
Judge Timothy M. Reif
Judge Jane A. Restani
U.S. Court of International Trade
1 Federal Plaza
New York, New York 10278

Re:     No. 1:25-cv-00091-3JP, *Axle of Dearborn, Inc. v. Department of Commerce et al.*

Dear Judges Katzmann, Reif, and Restani:

I represent Detroit Axle in the above-captioned case and write to furnish the Court with the enclosed email from the National Highway Traffic Safety Administration (NHTSA) confirming that NHTSA does not regulate the auto parts imported by Detroit Axle.

During the June 23, 2026 hearing, the Court asked about the government's argument that Detroit Axle "should never have been able to claim *de minimis* treatment for its auto parts" because "they are regulated by [NHTSA]."  ECF 63 at 14.  The government had raised this contention for the first time in its cross-motion reply brief, after having litigated this dispute for more than a year, and did not explain the relevance of the contention.

In any event, the government is mistaken.  This issue was investigated and resolved years ago.  In April 2022, U.S. Customs and Border Protection (CBP) stopped several containers of Detroit Axle's products at the border, asserting that the shipments were not eligible for the de minimis exemption because they were regulated by NHTSA.  Detroit Axle then provided NHTSA with a list of the products it imports.

The Chief of NHTSA's Import and Certification Division, Brodie Mack, "determined" that NHTSA "does not regulate" the auto parts at issue.  He stated that "NHTSA has no jurisdiction over these shipments or its importer coming through [the Port of] Santa Teresa."  CBP therefore allowed Detroit Axle to import the shipments duty free under the de minimis exemption.

**Gibson, Dunn & Crutcher LLP**
1700 M Street, N.W.  |  Washington, D.C. 20036-4504  |  T: 202.955.8500  |  F: 202.467.0539  |  gibsondunn.com

# GIBSON DUNN

June 26, 2026
Page 2

Respectfully submitted,

/s/ Thomas H. Dupree Jr.

Thomas H. Dupree Jr.
Gibson, Dunn & Crutcher LLP

THD

Enclosure

cc: All Counsel via CM/ECF