| | |
|---|---|
| **From:** | Mack, Brodie (NHTSA) |
| **To:** | AGUILAR, JUAN; juan.carrillo@cbp.dhs.gov; john.d.hawkins@cbp.dhs.gov; cecilia.nmi.esparza@cbp.dhs.gov; luis.sanchez@cbp.dhs.gov |
| **Cc:** | "Von Lindsey"; Mike Musheinesh; Jonathan Schwartz; Manzanares, Elsa |
| **Subject:** | Miscellaneous Auto Parts Imported by Axle of Dearborn, Inc. d/b/a Detroit Axle |
| **Date:** | Friday, April 22, 2022 3:45:18 PM |
| **Attachments:** | image001.png |

**External Email – Use Caution**

Good Afternoon,

We are following up on inquiries made by Chief Aguilar and corporate officials of Axle of Dearborn, Inc. about shipments or auto parts coming across the Port of Santa Teresa. We have determined that NHTSA regulates Detroit Axle imports none of those parts stated.

Since NHTSA does not regulate these parts, it doesn't matter that Detroit Axle is registered with us concerning these particular shipments of auto parts. Therefore, NHTSA has no jurisdiction over these shipments or its importer coming through Santa Teresa.

Chief Aguilar, please feel free to contact me with any additional questions.

Have a great weekend!



**Brodie M. Mack, Jr., Chief**
Import and Certification Division, NEF-230
Office of Vehicle Safety Compliance
National Highway Traffic Safety Administration
-----
1200 New Jersey Avenue, SE, W45-313
Washington, DC 20590
Office: 202-366-6089
Cellular: 202-923-1203
Email: brodie.mack@dot.gov