**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| AXLE OF DEARBORN, INC. d/b/a/ DETROIT AXLE,<br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF COMMERCE; HOWARD LUTNICK in his official capacity as Secretary of Commerce; DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN in his official capacity as Secretary of Homeland Security; DEPARTMENT OF THE TREASURY; SCOTT BESSENT in his official capacity as Secretary of the Treasury; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY SCOTT in his official capacity as Commissioner for U.S. Customs and Border Protection; and the UNITED STATES,<br><br>Defendants. | **Court No. 25-00091** |

**ORDER OF REASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to a three-judge panel consisting of the Honorable Gary S. Katzmann, the Honorable Timothy M. Reif, and the Honorable Jane A. Restani, is hereby reassigned to the Honorable Richard K. Eaton.

Dated at New York, New York, this 17th day of August 2026.

/s/ Mark A. Barnett
Mark A. Barnett
Chief Judge